IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

J. C. HIGGINBOTHAM                                                    PETITIONER

V.                                                                NO. 1:13CV207-GHD-JMV

STATE OF MISSISSIPPI                                              RESPONDENT(S)

ORDER REQUIRING PLAINTIFF TO COMPLETE AND RETURN
*IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE

Plaintiff is a state prisoner proceeding *pro se* and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in his appeal of this 42 U.S.C. § 1983 case.

The court finds that Plaintiff's application for *in forma pauperis* status includes statements of his assets, of his inability to prepay fees, and of his belief that he is entitled to redress. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915. The court will provide the plaintiff an opportunity to submit the certified copy of his prison trust account in support of his request to proceed *in forma pauperis*. Therefore, it is **ORDERED**:

That within 21 days Plaintiff is directed to fill out the application for *in forma pauperis*, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Plaintiff is directed to acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within 14 days of this date. Plaintiff is also warned that his failure to comply with the requirements of this order may lead to the dismissal of his lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for

failure to comply with an order of the court.

**THIS the** 21st day of March, 2017.

_____
**UNITED STATES DISTRICT JUDGE**